IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| V. ] | Case No. 3:15-cr-191-03 |
| ] | |
| CHARLES D. HALDERMAN ] | |

## DEFENDANT'S POSITION ON SENTENCING

COMES NOW, the defendant, CHARLES D. HALDERMAN, by counsel, George A. Townsend, IV, pursuant to Rule 32 of the *Federal Rules of Criminal Procedure* and § 6A1.3 of the *United States Sentencing Guidelines* and hereby represents that he has received and reviewed the Presentence Report in the above case and has **no objection**.

Respectfully submitted,
CHARLES D. HALDERMAN

By :_____/s/_____
            Counsel

George A. Townsend, IV, Esquire
1 East Cary Street, Suite 202
Richmond, Virginia 23219
Tel. (804) 782-0200
Fax (804) 782-0115
VSB No. 41972
gtownsend.crimlaw@me.com

CERTIFICATE OF SERVICE

      I do hereby certify that on the fifth day of April 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF filing system which will then send a notification of such filing (NEF) to counsels of record.

Peter Duffey
Office of United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804-819-5400
Fax: 804-771-2316
peter.duffey@usdoj.com

                                                            /s/
                                      George A. Townsend, IV, Esquire
                                      1 East Cary Street, Suite 202
                                      Richmond, Virginia 23219
                                      Tel. (804) 782-0200
                                      Fax (804) 782-0115
                                      VSB No. 41972
                                      gtownsend.crimlaw@me.com