Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Charles D. Halderman                                  Docket No. 3:15CR191-003

### Petition on Supervised Release

COMES NOW JONATHAN ANDREWS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles D. Halderman, who was placed on supervision by the Honorable James R. Spencer, Senior United States District Judge sitting in the Court at Richmond, Virginia, on the 12th day of July, 2016, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Attachment(s)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

It is hereby **ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation: No Bond**

**ORDER OF COURT**

Considered and ordered this 3rd day of February, 2022 and ordered filed and made a part of the records in the above case.

/s/
M. Hannah Lauck
United States District Judge

_____
M. Hannah Lauck
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2022

_____
Jonathan Andrews
Senior U.S. Probation Officer

Place Richmond, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
Page 2
**RE: HALDERMAN, Charles D.**

**OFFENSE:** Count 1 – Conspiracy to Affect Commerce by Robbery, in violation 18 U.S.C. § 1951(a), a Class C Felony

**SENTENCE:** Count 1 – 84 months imprisonment, 3 years supervised release

**SPECIAL CONDITIONS:**

1. The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installment of not less than $25, starting 60 days after supervision begins until paid in full.
2. The defendant shall provide the probation officer access to any requested financial information.
3. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.
4. The defendant shall participate in a program approved by the United States Probation Office for mental health and anger management treatment. The costs of these programs are to be paid by the defendant as directed by the probation officer.
5. The defendant shall have no contact with persons the defendant knows or reasonably should know to be a current or former member, or associate, of the Aryan Brotherhood/White Supremacist or any and all gangs, unless granted permission to do so by the probation officer.

**ADJUSTMENT TO SUPERVISION:** Mr. Halderman began his term of supervised release on April 3, 2020. Upon his release, he established a residence in Colonial Heights, Virginia, and was employed on a full-time basis at Denny's in Colonial Heights. He later relocated to a residence in South Chesterfield, Virginia. Although he has changed jobs on a number of occasions during the term of supervised release, he has always maintained stable employment. Mr. Halderman completed the RDAP program and subsequent aftercare while incarcerated in the Bureau of Prisons. He also underwent an assessment for both substance abuse and mental health treatment while participating in the Virginia Alcohol Safety Action Program (VASAP), and no further treatment was recommended.

On April 13, 2020, Mr. Halderman admitted that he had smoked marijuana immediately following his release from incarceration. He also tested positive for marijuana use on December 30, 2020, and subsequently admitted use. Additionally, on December 17, 2021, he admitted using marijuana in the form of an edible the previous day.

During the course of supervision, Mr. Halderman has been charged with new law violations on several occasions.

On March 28, 2021, he was charged with Reckless Driving and No Driver's License in Chesterfield County, Virginia. He was ultimately convicted in Chesterfield General District Court of the reduced charge of Failure to Carry License. The Reckless Driving charge was nolle prossed.

On October 1, 2021, he was arrested in Chesterfield County, Virginia, and charged with Assault & Battery – Family Member, stemming from an incident involving his girlfriend on September 21, 2021. This charge was ultimately nolle prossed in Chesterfield Juvenile & Domestic Relations Court on January 27, 2022.

**Petition on Supervised Release**
**Page 3**
**RE: HALDERMAN, Charles D.**

On November 17, 2021, he was charged with No Driver's License in Prince George County, Virginia. He was ultimately convicted of this offense in his absence on January 12, 2022, in Prince George General District Court. He was fined $200 and ordered to pay court costs.

On January 26, 2022, Mr. Halderman was arrested in Colonial Heights, Virginia, and charged with Possession of Weapon/Ammunition (Not Gun) by Convicted Felon, Nonviolent Felon in Possession of Firearm Within 10 Years, and Public Intoxication. His next court appearance on these charges is scheduled for March 23, 2022, in Colonial Heights General District Court. Mr. Halderman posted bond on these charges on January 27, 2022 and was released.

**VIOLATIONS:** The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:    COMMISSION OF A CRIME – NO DRIVER'S LICENSE.**

On January 12, 2022, Charles D. Halderman was convicted of No Driver's License in Prince George General District Court. He was ordered to pay a $200 fine and assessed court costs.

**MANDATORY CONDITION:    COMMISSION OF A CRIME – POSSESSION OF WEAPON/AMMUNITION (NOT GUN) BY CONVICTED FELON; NONVIOLENT FELON IN POSSESSION OF FIREARM WITHIN 10 YEARS; AND PUBLIC INTOXICATION.**

On January 26, 2022, Charles D. Halderman was arrested and charged with Possession of Weapon/Ammunition by Convicted Felon; Possession of Firearm by Convicted Felon; and Public Intoxication. His next scheduled court appearance on these charges is set for March 23, 2022, in Colonial Heights General District Court. According to the police report, law enforcement officers were called to a disturbance at a Waffle House in which Mr. Halderman refused to leave the restaurant after throwing items at an employee. In addition, once law enforcement arrived, they observed him stumble several times and subsequently located an open container of beer in a cup holder in his vehicle; as well, a firearm that was laying on the front seat of his vehicle.

**CONDITION 7:    USE OF MARIJUANA.**

On December 30, 2020, Charles D. Halderman submitted a specimen which tested positive for marijuana. He admitted marijuana use on or about December 1, 2020.

On December 17, 2021, Charles D. Halderman admitted marijuana in the form of an edible on December 16, 2021.

**CONDITION 7:    EXCESSIVE USE OF ALCOHOL.**

On January 26, 2022, Charles D. Halderman used alcohol to excess as evidenced by his arrest for Public Intoxication.

JA/vdh